**FILED: 11/28/12**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Thomas Malcolm Foulkrod*, <br>       Plaintiff, <br>     v. <br> *Wells Fargo Financial California, Inc., et al.*, <br>       Defendants. | CASE NO. CV 11-732-GHK (AJWx) <br><br> JUDGMENT |

     Pursuant to Plaintiff Thomas Malcolm Foulkrod's ("Plaintiff") April 26, 2012 Notice of Dismissal, Plaintiff's claims against Defendant Wells Fargo Bank, N.A. as Trustee for the Wells Fargo Mortgage Backed Securities 2005-1 Trust, are dismissed without prejudice. Pursuant to the Court's November 28, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Wells Fargo Financial California, Inc. and Wells Fargo Bank, N.A. are **DISMISSED with prejudice**, and that Plaintiff's claims against Defendant NDEx West, LLC are **DISMISSED with prejudice**.

     **IT IS SO ORDERED**.

     DATED: November 28, 2012

_____ <br>
GEORGE H. KING <br>
Chief United States District Judge